IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| INFOSTRUCTURE, INC., d/b/a Click 1, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-02230-JDB-egb |
| ) | |
| GIBSON ELECTRIC MEMBERSHIP ) | |
| CORPORATION and GIBSON CONNECT LLC, ) | |
| ) | |
| Defendants. ) | |

ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S
INITIAL COMPLAINT

Pending on the Court's docket is the April 25, 2018, motion of the Defendants, Gibson Electric Membership Corporation and Gibson Connect LLC (collectively, "Gibson"), to dismiss the Plaintiff's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (Docket Entry ("D.E.") 16.) Subsequent to Gibson's filing, the Plaintiff amended its complaint.[1] (D.E. 30.) As "[a]n amended complaint supersedes an earlier complaint for all purposes," *In re Refrigerant Compressors Antitrust Litig.*, 731 F.3d 586, 589 (6th Cir. 2013), the motion to dismiss the initial complaint is now moot and is DENIED on that basis.

IT IS SO ORDERED this 26th day of June 2018.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

---

[1] The Defendants moved to dismiss the amended pleading on June 22, 2018. (D.E. 36.)